UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDDIN MAURICIO MARIN PORTILLO,

                    Plaintiff,

-against-

THOMAS DECKER, et al.,

                    Defendants.
-------------------------------------------------------------X

21 **CIVIL** 9506 (PAE)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2022, the Court has denied the petition for writ of habeas corpus; accordingly, the case is closed.

**Dated:** New York, New York

        March 21, 2022

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

**BY:**  _/s/ xmargo_
                                                    **Deputy Clerk**